1 | Robert C. Moest, Of Counsel (SBN 62166)
**THE BROWN LAW FIRM, P.C.**
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
RMoest@aol.com

Joel E. Elkins (SBN 256020)
**WEISS LAW**
611 Wilshire Blvd., Suite 808
Los Angeles, CA 90017
Telephone: (310) 208-2800
Facsimile:  (310) 209-2348
jelkins@weisslawllp.com

*Counsel for Plaintiffs and [Proposed] Co-Lead Counsel*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DALTON DOUGLAS, derivatively on behalf of DOXIMITY, INC., <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY TANGNEY, ANNA BRYSON, REGINA BENJAMIN, M.D., TIMOTHY CABRAL, KEVIN SPAIN, KIRA WAMPLER, and PHOEBE YANG, <br><br> Defendants, <br><br> and <br><br> DOXIMITY, INC., <br><br> Nominal Defendant. | Case No. 5:24-CV-02801-EKL <br><br> **STIPULATION AND [PROPOSED] ORDER LIFTING THE STAY IN THE FIRST ACTION, CONSOLIDATING THE RELATED DERIVATIVE ACTIONS, APPOINTING CO-LEAD COUNSEL FOR PLAINTIFFS, AND STAYING THE CONSOLIDATED DERIVATIVE ACTION** <br><br> The Hon. Eumi K Lee |

|  |  |
|---|---|
| STEPHEN BUSHANSKY, derivatively on behalf of Nominal Defendant DOXIMITY, INC., | Case No. 3:24-cv-06459-MMC |
| Plaintiff, |  |
| v. |  |
| JEFFREY TANGNEY, ANNA BRYSON, REGINA BENJAMIN, M.D., TIMOTHY CABRAL, KEVIN SPAIN, KIRA WAMPLER, and PHOEBE YANG, |  |
| Defendants, |  |
| and |  |
| DOXIMITY, INC., |  |
| Nominal Defendant. |  |

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure ("Rule 42(a)") and Civil Local Rule 7-12, Plaintiffs Dalton Douglas ("Douglas") and Stephen Bushansky ("Bushansky" and together with Douglas, "Plaintiffs"), Defendants Jeffrey Tangney, Anna Bryson, Regina Benjamin, M.D., Timothy Cabral, Kevin Spain, Kira Wampler, and Phoebe Yang (the "Individual Defendants"), and Nominal Defendant Doximity, Inc. ("Doximity" and together with the Individual Defendants, "Defendants"), by and through their undersigned counsel of record, submit the following stipulation and proposed order to (i) lift the stay in the first action for the limited purposes outlined herein, (ii) consolidate the related derivative actions, (iii) appoint Co-Lead Counsel for Plaintiffs in the consolidated derivative action, and (iv) finally, to stay the consolidated derivative action:

WHEREAS, on May 9, 2024, Plaintiff Douglas filed a stockholder derivative action in this Court on behalf of Doximity against the Individual Defendants alleging, *inter alia*, violations of Sections 14(a), 10(b), and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), breaches of fiduciary duty, unjust enrichment, abuse of control, gross mismanagement, waste of corporate assets, and for contribution against Defendants Tangney and Bryson under Sections

10(b) and 21D of the Exchange Act, captioned *Douglas v. Tangney, et al.*, Case No. 5:24-cv-02801-EKL (N.D. Cal.) (the "*Douglas* Action");

WHEREAS, on September 13, 2024, Stephen Bushansky filed a stockholder derivative action in this District Court on behalf of Doximity against the Individual Defendants alleging, *inter alia*, violations of federal securities laws and breaches of fiduciary duty based upon the same facts and circumstances underlying the *Douglas* Action, captioned *Bushansky v. Tangney, et al.*, Case No. 3:24-cv-06459-MMC (N.D. Cal.) (the "*Bushansky* Action" and together with the *Douglas* Action, the "Derivative Actions");

WHEREAS, the Derivative Actions involve overlapping parties and factual allegations with a related federal securities class action first filed on April 17, 2024 in this Court, captioned *In re Doximity, Inc., Sec. Litig.*, Case No. 5:24-cv-02281-EKL (the "Securities Class Action");

WHEREAS, in the Securities Class Action, which is pending before the Court, the Lead Plaintiff has been appointed, an amended complaint was filed on October 4, 2024, and Defendants are scheduled to file their motion to dismiss by December 3, 2024;

WHEREAS, counsel for Plaintiffs and Defendants (the "Parties") have conferred regarding the Derivative Actions and appropriate case management thereof;

WHEREAS, Rule 42(a) provides that when actions involve "a common question of law or fact," the Court may "(1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay";

WHEREAS, the Court Related the *Douglas* Action with the Securities Class Action;

WHEREAS, the Court Stayed the *Douglas* Action on July 25, 2024 (the "Stay") (*Douglas* Action, DKT No. 26-1);

WHEREAS, the Parties agree that the Derivative Actions should be consolidated for all purposes, including pre-trial proceedings and trial, into a single consolidated action (hereinafter referred to as the "Consolidated Derivative Action"), in order to avoid duplication of effort and potentially conflicting results, and to conserve party and judicial resources;

WHEREAS, the Parties agree that the Stay of the *Douglas* Action should be lifted for the limited purpose of facilitating the consolidation of the Derivative Actions;

WHEREAS, based upon the overlapping parties and factual allegations contained in the Derivative Actions and the Securities Class Action, and to avoid the unnecessary expenditure of judicial resources, the Parties have agreed, subject to this Court's approval, to reimpose the Stay in the *Douglas* Action in these proceedings in the Consolidated Derivative Action given the schedule for the defendants to file a motion to dismiss in the Securities Class Action; and

WHEREAS, Plaintiffs submit it would serve the interests of judicial economy and efficiency to appoint Co-Lead Counsel for the Consolidated Derivative Action;

WHEREAS, Doximity and Defendants take no position on the appointment of leadership for the Consolidated Derivative Action;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their respective counsel of record, as follows:

1. The Stay in the *Douglas* Action is temporarily lifted for the limited purpose of the filing of, and ruling by the Court on this stipulation.

2. The Derivative Actions are hereby consolidated for all purposes, including pre-trial proceedings and trial, into the Consolidated Derivative Action.

3. Every pleading filed in the Consolidated Derivative Action, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DOXIMITY, INC. STOCKHOLDER DERIVATIVE LITIGATION | ) ) Lead Case No. 5:24-CV-02801-EKL ) ) ) (Consolidated with Case No. 3:24-CV-6459-MMC) |
| This Document Relates To:<br><br>   ALL ACTIONS. | ) ) ) ) |

4. The files of the Consolidated Derivative Action shall be maintained in one file under Master File No. 5:24-CV-02801-EKL.

5. This Order shall apply to each purported derivative action arising out of the same or substantially the same transactions or events as the Consolidated Derivative Action that is subsequently filed in, removed to, or transferred to this Court.

6. When a case which properly belongs as part of *In re Doximity, Inc. Stockholder Derivative Litigation*, Lead Case No. 5:24-CV-02801-EKL, is hereafter filed in, removed to, or transferred to this Court, counsel for the Parties shall call such filing, removal, or transfer to the attention of the Clerk of the Court for purposes of moving the Court for an order consolidating such case(s) with *In re Doximity, Inc. Stockholder Derivative Litigation*, Lead Case No. 5:24-CV-02801-EKL.

ADDITIONALLY, IT IS HEREBY STIPULATED AND AGREED by Plaintiffs, through their respective counsel of record, as follows:

7. Co-Lead Counsel for plaintiffs for the conduct of the Consolidated Derivative Action shall be:

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
tbrown@thebrownlawfirm.net

**THE BROWN LAW FIRM, P.C.**
Robert C. Moest, Of Counsel (SBN 62166)
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
RMoest@aol.com

**WEISS LAW**
David C. Katz
Mark D. Smilow

Joshua Rubin
305 Broadway, 7th Floor
New York, NY 10007
Telephone: (212) 682-3025
Facsimile: (212) 682-3010
dkatz@weisslawllp.com
msmilow@weisslawllp.com
jrubin@weislawllp.com

**WEISS LAW**
Joel E. Elkins (SBN 256020)
611 Wilshire Blvd., Suite 808
Los Angeles, CA 90017
Telephone: (310) 208-2800
Facsimile: (310) 209-2348
jelkins@weisslawllp.com

8.  Plaintiffs' Co-Lead Counsel shall have the sole authority to speak for Plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

9.  Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of Plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs except through Co-Lead Counsel.

10. Defendants' counsel may rely upon all agreements made with Co-Lead Counsel, or other duly authorized representative of Co-Lead Counsel, and such agreements shall be binding on all plaintiffs.

FINALLY, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their respective counsel of record, as follows:

11. All proceedings in the Consolidated Derivative Action, including all deadlines, hearings, and conferences, will be stayed according to the terms of and during the pendency of the Stay in the *Douglas* Action (DKT No. 26-1).

12. The Parties reserve all rights.

**IT IS SO STIPULATED.**

Respectfully submitted

Dated: October 9, 2023     By:    /s/ Robert C. Moest
Robert C. Moest, Of Counsel (SBN 62166)
**THE BROWN LAW FIRM, P.C.**
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
RMoest@aol.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
tbrown@thebrownlawfirm.net

*Counsel for Plaintiff Dalton Douglas and [Proposed] Co-Lead Counsel for Plaintiffs*

Dated October 9, 2023     By:    /s/Joel E. Elkins
Joel E. Elkins (SBN 256020)
**WEISS LAW**
611 Wilshire Blvd., Suite 808
Los Angeles, CA 90017
Telephone: (310) 208-2800
Facsimile: (310) 209-2348
jelkins@weisslawllp.com

**WEISS LAW**
David C. Katz
Mark D. Smilow
Joshua M. Rubin
305 Broadway, 7th Floor
New York, NY 10007
Telephone: (212) 682-3025
Facsimile: (212) 682-3010
dkatz@weisslawllp.com
msmilow@weisslawllp.com
jrubin@weislawllp.com

*Counsel for Plaintiff Stephen Bushansky and [Proposed] Co-Lead Counsel for Plaintiffs*

| | |
|---|---|
| Dated: October 9, 2024 | By:  /s/ Stephen P. Blake<br>**SIMPSON THACHER & BARTLETT LLP**<br>Stephen P. Blake (SBN 260069)<br>2475 Hanover Street<br>Palo Alto, CA 94304<br>Telephone: (650) 251-5000<br>Facsimile: (650) 251-5002<br>sblake@stblaw.com<br><br>Jonathan K. Youngwood (SBN 350373)<br>425 Lexington Avenue<br>New York, NY 10017<br>Telephone: (212) 455-2000<br>Facsimile: (212) 455-2002<br>jyoungwood@stblaw.com<br><br>*Counsel for Defendants Doximity, Inc., Jeffrey Tangney, Anna Bryson, Regina Benjamin, M.D., Timothy Cabral, Kevin Spain, Kira Wampler, and Phoebe Yang* |

### **ECF ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I attest that the concurrence in the filing of this document has been obtained from all other signatories.

Dated: October 9, 2024                                    /s/Joel E. Elkins
                                                                        JOEL E. ELKINS

\*     \*     \*

### **[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2024                    _____
                                                                        Hon. Eumi K Lee
                                                                        United States District Judge